```
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                                **CRIMINAL NO. 3:21-CR-33-6**
                                                  **(KLEEH)**

**STEPHANY RODRIGUEZ,**

      **Defendant.**

### ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 1042] AND DENYING MOTION TO SUPPRESS [ECF NO. 561]

On November 17, 2021, Defendant Stephany Rodriguez ("Defendant") filed a motion to suppress [ECF No. 561]. The Government filed a response in opposition [ECF No. 581]. On June 15, 2022, pursuant to 28 U.S.C. § 636 and the local rules, the Court referred the motion to United States Magistrate Judge Robert W. Trumble (the "Magistrate Judge") for a report and recommendation ("R&R"). On September 9, 2022, the Magistrate Judge entered an R&R recommending that the Court deny the motion.

The R&R informed the parties that they had fourteen (14) days from the date of service of the R&R to file "specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection." It further warned them that the "[f]ailure to timely file written objections . . . shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by

USA V. RODRIGUEZ                                        3:21-CR-33-6

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 1042] AND
DENYING MOTION TO SUPPRESS [ECF NO. 561]**

the Circuit Court of Appeals." To date, no objections have been filed.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made. 28 U.S.C. § 636(b)(1)(C). Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections. Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603–04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Because no party has objected, the Court is under no obligation to conduct a de novo review. Accordingly, the Court reviewed the R&R for clear error. Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 1042]. The motion to suppress is **DENIED** [ECF No. 561].

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 26, 2022

*Tom S Kleeh*

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA